# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION

| | |
|---|---|
| CHARLES J. WEBB, JR. and TAMMY WEBB, | ) ) ) |
| Plaintiff, | ) Docket No. ) |
| v. | ) ) |
| BUC-EE'S TENNESSEE, LLC, and BUC-EE'S TENNESSEE II, LLC, | ) ) JURY DEMANDED |
| Defendants. | ) ) ) ) |

## NOTICE OF REMOVAL

Defendants Buc-ee's Tennessee, LLC, and Buc-ee's Tennessee II, LLC ("Defendants") hereby file this Notice of Removal pursuant to 28 U.S.C. § 1446 to remove to this Court this action brought against Defendants and currently pending in the Circuit Court for Sevier County, Tennessee, Docket No. 25-CV-202-II. In support of removal, Defendants would show as follows:

I.

The above-styled cause was commenced in the Circuit Court for Sevier County, Tennessee, Docket No. 208045-3, by virtue of Plaintiffs Charles J. Webb, Jr. and Tammy Webb ("Plaintiffs") filing a Complaint on or about April 15, 2025. The Complaint alleges that Plaintiff was injured at a Buc-ee's located in Kodak, Tennessee and seeks damages in excess of $75,000.00. Defendant Buc-ee's Tennessee, LLC, was served with process on April 28, 2025, by service upon its registered agent. Defendant Buc-ee's Tennessee II, LLC was served with process on May 5, 2025, by service upon its registered agent. Pursuant to 28 U.S.C. §1446(a), copies of the process served upon Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC are attached hereto as Exhibit A and Exhibit B.

II.

The time within which Defendants are required to file this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not yet expired. There have been no proceedings in this case in the Circuit Court for Sevier County, Tennessee since service upon the Defendants.

III.

This civil action is removable to the United States District Court for the Eastern District of Tennessee pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship and the amount in controversy exceeds $75,000.00. According to the ad damnum in the Complaint, Plaintiffs are seeking $825,000.00. See 28 U.S.C. § 1446(c)(2). Plaintiffs are citizens of Hamblen County, Tennessee. Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC each have one member, Buc-ee's, Ltd. Buc-ee's, Ltd. is a Texas limited partnership. The partners of Buc-ee's, Ltd. are Buc-ee's Management, LLC, which is a Texas limited liability company, and Buc-ee's Holdings, Inc., which is a Delaware corporation with its principal place of business in Texas. Buc-ee's Holdings, Inc. is the sole member of Buc-ee's Management, LLC. Accordingly, Defendants are citizens of Texas and Delaware for purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c)(1). Both Defendants consent to removal of this action.

WHEREFORE, the requirements of 28 U.S.C. §§ 1332, 1441, and 1446 are satisfied and notice is hereby given that this cause of action is removed to this Court.

Respectfully submitted,

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ

*s/ Christie M. Hayes*
Christie M. Hayes (BPR No. 023678)
602 Sevier Street, Suite 300
Johnson City, Tennessee 37604
T: (423) 928-0181
Email: chayes@bakerdonelson.com

and

Erika L. Hughes (BPR No. 035755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
T: (865) 549-7000
F: (865) 525-8569
Email: ehughes@bakerdonelson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon the following counsel for the parties in interest herein by electronic mail, hand delivery, facsimile, or U.S. mail postage pre-paid:

F. Braxton Terry (BPR #018248)
THE TERRY LAW FIRM
116 East Main Street
P.O. Box 724
Morristown, TN 37815-0724
Telephone: (423) 586-5800
Facsimile: (423) 587-4714
brack@terry-lawfirm.com

*Attorneys for Plaintiffs*

This 27th day of May, 2025.

*s/ Christie M. Hayes*
Christie M. Hayes, Esq.

3