## IN THE CIRCUIT COURT FOR SEVIER COUNTY, TENNESSEE
## AT SEVIERVILLE

CHARLES J. WEBB, JR. and )
TAMMY WEBB, )
　　　　　)
　　　Plaintiffs, )
　　　　　)
v. )　　NO: 25-CV-202-II
　　　　　) JURY TRIAL DEMANDED
BUC-EE'S TENNESSEE, LLC and )
BUC-EE'S TENNESSEE II, LLC, )
　　　　　)
　　　Defendants. )

**RECEIVED MAY 5 2025**

### SUMMONS

**To the above-named Defendant:** *Buc-ee's Tennessee, LLC*
**Serve:** *C T Corporation System, 300 Montvue Road, Knoxville, TN 37919-5546*

　　You are hereby summoned and required to serve upon: F. Braxton Terry, Plaintiff's attorney, whose address is P.O. Box 724, Morristown, Tennessee 37815-0724, a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

　　If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

　　Issued this the _15_ day of _April_, 2025, at _9:32_ o'clock, _A_.m.

_____Dorothy Baker_____, Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedure.)

### NOTICE

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

　　Received this _____ day of _____, 2025.

_____ Deputy Sheriff

### RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the _28_ day of _April_, 2025, I served this summons together with the complaint as follows: _certified mail_ _____ or failed to serve this summons within 30 days after its issuance because _____.

_____, ~~Deputy Sheriff~~

**EXHIBIT A**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CT Corporation System
   300 Montvue Road
   Knoxville, TN 37919-5546

   |||||||||||||||||||||||||||||
   9590 9402 9273 4295 4677 34

2. Article Number *(Transfer from service label)*

   7021 2410 0001 1108 2443

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## IN THE CIRCUIT COURT FOR SEVIER COUNTY, TENNESSEE
## AT SEVIERVILLE

| | |
|---|---|
| CHARLES J. WEBB, JR. and <br> TAMMY WEBB, <br><br> Plaintiffs, <br><br> v. <br><br> BUC-EE'S TENNESSEE, LLC and <br> BUC-EE'S TENNESSEE II, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO: 25-CV-202-II <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

# AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared F. Braxton Terry, Attorney, who, after being duly sworn, states:

On April 23, 2025, I mailed a copy of the Complaint, Interrogatories and Summons in the above-captioned case to **Buc-ee's Tennessee, LLC** through their registered agent, C T Corporation System at 300 Montvue Road, Knoxville, Tennessee 37919-5546. The Summons, Complaint and Interrogatories were received by Samantha Sutton on April 28, 2025, as reflected on the Domestic Return Receipt filed herewith.

The domestic return receipt was received in our office on April 30, 2025; thus service has been accomplished on **Buc-ee's Tennessee, LLC** in compliance with Tennessee Rules of Civil Procedure 4.03.

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

AFFIANT FURTHER SAYETH NAUGHT.

_____
F. Braxton Terry

Subscribed and sworn to, before me, on this the 30th day of April 2025.

_____
Notary Public

My Commission Expires: 11-29-2025.



THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

| | |
|---|---|
| CHARLES J. WEBB, JR. and TAMMY WEBB, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) NO: 25-CV-202-II ) JURY TRIAL DEMANDED |
| BUC-EE'S TENNESSEE, LLC and BUC-EE'S TENNESSEE II, LLC, | ) ) ) |
| Defendants. | ) |

# COMPLAINT

1. The Plaintiffs, **Charles J. Webb, Jr. and Tammy Webb**, bring this civil action against the Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** and file a copy of their Complaint, certified by their attorney as being true and correct for the purpose of accompanying the Summons for damages in an amount no less than Eight Hundred Twenty-Five Thousand Dollars ($825,000).

2. The Plaintiffs, **Charles J. Webb, Jr. and Tammy Webb**, are citizens and residents of Hamblen County, Tennessee, residing at 6925 Saint Clair Road, Whitesburg, Tennessee 37891.

3. The Defendant, **Buc-ee's Tennessee, LLC,** is a chain of mega-convenience stores and gas stations offering a wide variety of food, rest stops and souvenirs.

4. The Defendant, **Buc-ee's Tennessee, LLC,** is a Delaware corporation doing business in the State of Tennessee and can be served through their registered agent, C T Corporation System, 300 Montvue Road, Knoxville, Tennessee 37919-5546.

TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

5. The Defendant, **Buc-ee's Tennessee II, LLC,** is a chain of mega-convenience stores and gas stations offering a wide variety of food, rest stops and souvenirs.

6. The Defendant, **Buc-ee's Tennessee II, LLC,** is a Delaware corporation doing business in the State of Tennessee and can be served through their registered agent, C T Corporation System, 300 Montvue Road, Knoxville, Tennessee 37919-5546.

7. Prior to February 3, 2025, Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** installed a mechanism to secure trucks in place on the loading dock at Buc-ee's located at 170 Buc-ee's Boulevard, Kodak, Tennessee.

8. On or about February 3, 2025, the Plaintiff, **Charles J. Webb, Jr.,** was working for Buddy Green Logistics who is a contractor for Fed-Ex. Mr. Webb was making a delivery to **Buc-ee's #45** which is located at 170 Buc-ee's Boulevard, Kodak, Tennessee.

9. The Plaintiff, **Charles J. Webb, Jr.,** had backed his truck up to Buc-ee's loading dock to unload his truck. A mechanism is installed at the loading dock that secures trucks in place while they are being unloaded. The mechanism caused the truck Mr. Webb was driving to get stuck. Mr. Webb made several attempts to get the mechanism to release the truck.

10. The Plaintiff believes at that same time he was trying to get the mechanism to release his truck that a **Buc-ee's** employee, utilizing controls in an area separate from loading dock, was trying to activate/deactivate the mechanism. As the Plaintiff, **Charles J. Webb, Jr.,** attempted to get the device to release, the truck came loose and ran over the Plaintiff's right foot, pinning him between the truck and the wall.

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

11. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** were negligent in failing to instruct the Plaintiff, **Charles J. Webb, Jr.,** on how to utilize this device with the particular trucking he was using.

12. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** were negligent in failing to provide warnings regarding this device.

13. Plaintiff **Charles J. Webb, Jr.** believes that a **Buc-ee's** employee was trying to activate/deactivate the mechanism in another part of the building did not realize that Mr. Webb was still working in and around the mechanism in question when the truck released.

14. The Plaintiff, **Charles J. Webb, Jr.**, brings this civil action against the Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** for personal injuries and damages, medical bills and expenses which he was caused to receive on or about February 3, 2025.

15. The Plaintiff, **Tammy Webb,** brings this civil action against the Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** for loss of consortium which she was caused to receive as a result of her husband's injuries.

16. The Plaintiff, **Charles J. Webb, Jr.**, brings this civil action against the Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** for injuries which he was caused to receive on or about February 3, 2025. As a result of this accident, **Charles J. Webb, Jr.** has sustained serious and disabling injuries. Said injuries to the Plaintiff have resulted in permanent disability and have impaired his capacity for work, labor, business and the enjoyments and pleasures of life. As a result of these injuries, Plaintiff has incurred and shall continue to incur medical bills as well

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

as pain and suffering.

17. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** were negligent in installing this mechanism in the loading dock area.

18. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** were negligent in utilizing this mechanism at a loading dock where the type of truck the Plaintiff was operating was used.

19. The mechanism in question was unreasonably dangerous.

20. The mechanism in question did not function properly and was not required for use by Plaintiff.

21. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** were negligent in designing and maintaining the mechanism that did not provide for safe and effective release for the truck in question.

22. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** were negligent in designing, installing and maintaining a mechanism that was not safe for its intended use and was dangerous what would be contemplated by the ordinary consumer.

23. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** were negligent in providing a mechanism that required users to attempt a manual release.

24. The Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** did not provide warnings or instructions to those making deliveries at this Buc-ee's location.

25. The mechanism in question was designed in such a way as to be both

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

defective and unreasonably dangerous.

26. The mechanism in question was not fit for the purpose it was intended to be used for.

27. The violation of the aforementioned statutory and common law duties by the Defendant constitutes negligence which was a direct and proximate cause of the accident and the injuries and damages sustained by the Plaintiff.

28. The Plaintiffs, **Charles J. Webb, Jr. and Tammy Webb,** would show that the Defendants' failure to properly utilize the mechanism in question renders this product dangerous.

29. The Plaintiffs, **Charles J. Webb, Jr. and Tammy Webb,** would assert that the defects and negligence described herein were a direct and proximate cause of the injuries sustained by the Plaintiff, **Charles J. Webb Jr.**

30. The Plaintiffs, **Charles J. Webb, Jr. and Tammy Webb,** would allege that the mechanism was defective and unreasonably dangerous in that it was not reasonably safe for their reasonably foreseeable uses.

31. The activities of the Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's Tennessee II, LLC,** in designing and installing the said mechanism were reckless in nature in that the Defendant failed to meet or ignored sound engineering practices.

32. The violation of the aforementioned statutory and common law duties was the direct and proximate cause of the injuries suffered by the Plaintiff, **Charles J. Webb, Jr.**

**WHEREFORE**, the Plaintiffs, **Charles J. Webb, Jr. and Tammy Webb,** demand judgment against the Defendants, **Buc-ee's Tennessee, LLC and Buc-ee's**

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

**Tennessee II, LLC**, in an amount no less than Eight Hundred Twenty-Five Thousand Dollars ($825,000) and demand a jury to hear this cause.

Respectfully submitted,

_____<br>
F. Braxton Terry, BPR #018248

Of Counsel:

THE TERRY LAW FIRM
116 East Main Street
P.O. Box 724
Morristown, TN 37815-0724
423-586-5800 /Fax 423-587-4714
Email: brack@terry-lawfirm.com

## COST BOND

We acknowledge ourselves as sureties in this cause for the bill of costs.

_____
F. Braxton Terry

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

Case 3:25-cv-00229-TAV-DCP   Document 1-1   Filed 05/27/25   Page 10 of 10
PageID #: 13