UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHARLES J. WEBB, JR. and<br>TAMMY WEBB,<br><br>    Plaintiffs,<br><br>v.<br><br>BUC-EE'S TENNESSEE, LLC, and<br>BUC-EE'S TENNESSEE II, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No.:   3:25-CV-229-TAV-DCP<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This civil action is before the Court on the parties' Joint Motion to Dismiss Party/Defendant Buc-ee's Tennessee, LLC [Doc 13]. The parties move the Court to dismiss defendant Buc-ee's Tennessee, LLC, stating that they agree that it is not an appropriate entity in this matter. For good cause shown, and in light of the parties' agreement, the parties' Joint Motion to Dismiss Party/Defendant Buc-ee's Tennessee, LLC [Doc 13] is **GRANTED** and defendant Buc-ee's Tennessee, LLC is **DISMISSED** from this action.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE